1 | THOMAS P. O'BRIEN
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
KERI CURTIS AXEL (Cal. SBN: 186847)
4 | Assistant United States Attorney
Domestic Security & Immigration Crimes Section
5 |     1300 United States Courthouse
     312 North Spring Street
6 |     Los Angeles, California  90012
     Telephone: (213) 894-5421
7 |     Facsimile: (213) 894-6436
     E-mail: keri.axel@usdoj.gov
8 |
Attorneys for Plaintiff
9 | United States of America

10

11

12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )     No. 08-2121M
                                   )
          Plaintiff,               )     [PROPOSED] ORDER FOR
                                   )     DESIGNATING AND DETAINING
          v.                       )     MATERIAL WITNESSES WITH
                                   )     APPEARANCE BOND SECURED BY
TIAN HOO JIMMY SOH, et al.,        )     THIRD PARTY AFFIDAVIT OF
                                   )     SURETY WITHOUT JUSTIFICATION
          Defendant.               )
                                   )

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be a material witness in the above-captioned case:

     1.   Yu Zheng

     IT IS HEREBY FURTHER ORDERED that this aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure her presence at trial:

//

1      (1)   the furnishing of a $5,000 unjustified personal

2    appearance bond (with approval by Pre-trial Services); and

3      (2)   Pre-trial Services supervision.

4

5    DATED: _9/9/0𝓬_

6

7    _____
     UNITED STATES MAGISTRATE JUDGE

8

9

10   Presented by:

11

12   _____
     KERI CURTIS AXEL

13   Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28