THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
KERI CURTIS AXEL (Cal. SBN: 186847)
Assistant United States Attorney
Domestic Security & Immigration Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-6436
    E-mail: keri.axel@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-1089-SJO |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER RE MATERIAL WITNESSES |
| v. | ) | |
| TIAN HOO JIMMY SOH, et al., | ) | [FILED UNDER SEAL] |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the following persons, Yu Zheng, and Bin Run Zheng, a minor, are no longer to be declared material witnesses in the above-captioned case, and the order declaring them material witnesses and ordering their detention is VACATED.

IT IS HEREBY FURTHER ORDERED that the $5000 personal appearance bond that Yu Zheng posted on his own behalf, and the $500 third party appearance bond Yu Zheng posted on behalf of his son, Bin Run Zheng, are EXONERATED.

DATED: 9/25/08

Hon. Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

Presented by:

_/s/ Keri Curtis Axel_
KERI CURTIS AXEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, **LINDA LAPHAM,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**[PROPOSED] ORDER RE MATERIAL WITNESSES**

**service was:**

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[] By facsimile as follows:

**SEE ATTACHMENT**

This Certificate is executed on **September 25, 2008,** Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Linda Lapham*
LINDA LAPHAM

ATTACHMENT

| | |
|---|---|
| Dominic Cantalupo<br>233 Wilshire Blvd, 4th Floor<br>Santa Monica, CA 90401 | (Via United States Mail) |
| Bernard Rosen<br>424 S. Beverly Drive<br>Beverly Hills, CA 90212 | (Via United States Mail) |
| Jill Ginstling, DFPD | (Via Inter-office Mail) |